IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| R.A.D. SERVICES, a Nebraska limited liability company Assignee;<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>　　　　　Defendant. | 4:18CV3103<br><br>**ORDER OF DISMISSAL** |

　　　The parties filed a Stipulation for Dismissal (Filing No. 79) advising the Court that the parties have agreed to the dismissal of this case in its entirety with prejudice.

　　　Accordingly,

　　　**IT IS ORDERED** that the Stipulation for Dismissal (Filing No. 79) is approved and granted. The above-captioned case is dismissed with prejudice, with each party to pay its own costs. Judgment will be entered by separate document.

　　　Dated this 28th day of January, 2021.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　United States Magistrate Judge